UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KENNETH J. WOODSIDE**,

      Plaintiff,

v.

**THE BOARD OF REGENTS OF
THE UNIVERSITY OF MICHIGAN,
CHRISTOPHER SONNENDAY**, and
**JUSTIN DIMICK,**

      Defendants.
_____/

Case No. 25-cv-10002

Hon. Shalina D. Kumar

| | |
|---|---|
| **NACHTLAW, P.C.**<br>By:   **David A. Nacht (P47034)**<br>        **Fabiola A. Galguera (P84212)**<br>501 Avis Drive, Suite 3<br>Ann Arbor, Michigan 48108<br>(734) 663-7550<br>dnacht@nachtlaw.com<br>fgalguera@nachtlaw.com<br>**Attorneys for Plaintiff** | **BUTZEL LONG**<br>By:   **Daniel B. Tukel (P34978)**<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan 48084<br>(248) 258-1616<br>tukel@butzel.com<br>**Attorneys for Defendants** |

_____/

**STIPULATED ORDER REGARDING
<u>DATE TO RESPOND TO COMPLAINT</u>**

      In accordance with the stipulation of the parties, and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that the time for defendants to respond to the Complaint is extended 60 days to and including March 31, 2025.

**SO ORDERED**.

Date: January 31, 2025
s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/with the consent of
Fabiola A. Galguera
501 Avis Drive
Suite 3
Ann Arbor, Michigan  48108
(734) 663-7550
fgalguera@nachtlaw.com
(P84212)

s/
Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)