UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KENNETH J. WOODSIDE**,

      Plaintiff,

v.

**THE BOARD OF REGENTS OF
THE UNIVERSITY OF MICHIGAN**,
**CHRISTOPHER SONNENDAY**, and
**JUSTIN DIMICK,**

      Defendants.

Case No. 25-cv-10002

Hon. Shalina D. Kumar

_____/

| | |
|---|---|
| **NACHTLAW, P.C.**<br>By:   **David A. Nacht (P47034)**<br>        **Fabiola A. Galguera (P84212)**<br>501 Avis Drive, Suite 3<br>Ann Arbor, Michigan  48108<br>(734) 663-7550<br>dnacht@nachtlaw.com<br>fgalguera@nachtlaw.com<br>**Attorneys for Plaintiff** | **BUTZEL LONG**<br>By:   **Daniel B. Tukel (P34978)**<br>201 W. Big Beaver Road<br>Suite 1200<br>Troy, Michigan  48084<br>(248) 258-1616<br>tukel@butzel.com<br>**Attorneys for Defendants** |

_____/

### STIPULATED ORDER OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with the stipulation of the parties, and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that Counts II (Violation of the ELCRA) and III (Breach of Contract) are dismissed in their entirety, with prejudice.

**SO ORDERED**.

Date: April 17, 2025                    s/Shalina D. Kumar
                                        Shalina D. Kumar
                                        United States District Judge

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

s/with the consent of            s/ Daniel B. Tukel
Fabiola A. Galguera              201 W. Big Beaver Road
501 Avis Drive                   Suite 1200
Suite 3                          Troy, Michigan 48084
Ann Arbor, Michigan  48108       (248) 258-1616
(734) 663-7550                   tukel@butzel.com
fgalguera@nachtlaw.com           (P34978)
(P84212)